Summons in a Civil Action (Rev 11/97)

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

FILED
08 JAN 23 AM 11:27
CLERK, U.S. DISTRICT
SOUTHERN DISTRICT OF CALIFORNIA
BY ___ DEPUTY
VIA PDF

KENT CARMICHAEL, Individually and On Behalf of All Others Similarly Situated

vs

LEAP WIRELESS INTERNATIONAL, INC., S. DOUGLAS HUTCHESON, MARK H. RACHESKY, AMIN I. KHALIFA, and DEAN M. LUVISA

SUMMONS IN A CIVIL ACTION
Case No.

'08 CV 0128 H LSP

TO: (Name and Address of Defendant)

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

KAPLAN FOX & KILSHEIMER LLP
Lori S. Brody
1801 Century Park East, Suite 1460
Los Angeles, CA 90067

An answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

JAN 2 3 2008

W. Samuel Hamrick, Jr.                    DATE

CLERK
P. DELACRUZ

By _____, Deputy Clerk

Summons in a Civil Action                             Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)