1  Lori S. Brody (SBN 150545)
   KAPLAN FOX & KILSHEIMER LLP
2  1801 Century Park East, Suite 1460
   Los Angeles, CA 90067
3  Telephone: 310-785-0800
   Facsimile: 310-785-0897
4
   Joel B. Strauss
5  Jeffrey P. Campisi
   KAPLAN FOX & KILSHEIMER LLP
6  850 Third Avenue, 14th Floor
   New York, NY 10022
7  Telephone: (212) 687-1980
8
   Richard A. Lockridge
9  Karen H. Riebel
   Nathan D. Prosser
10 LOCKRIDGE GRINDAL NAUEN PLLP
   100 Washington Avenue South, Suite 2200
11 Minneapolis, MN 55401
12 Telephone: (612) 339-6900
13
   Attorneys for Plaintiffs
14

Laurence D. King (SBN 206423)
KAPLAN FOX & KILSHEIMER LLP
350 Sansome Street, Suite 400
San Francisco, CA 94104
Telephone: (415) 772-4700

FILED
08 JAN 23 AM 11: 21
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: _____ DEPUTY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENT CARMICHAEL, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>LEAP WIRELESS INTERNATIONAL, INC., S. DOUGLAS HUTCHESON, MARK H. RACHESKY, AMIN I. KHALIFA, and DEAN M. LUVISA,<br><br>Defendants. | '08 CV 0128 H LSP<br>Civil Action No.<br><br>NOTICE OF RELATED CASE<br><br>VIA PDF |

NOTICE OF RELATED CASE



      Plaintiff Kent Carmichael, on behalf of himself and all others similarly situated, hereby submits this Notice of Related Cases pursuant to Civ.L.R. 40.1(e) of the Southern District of California.

      The following are related under Civ.L.R. 40.1(e):

- *Charek v. Leap Wireless International, et al*, Case No. 3:07-cv-02256-BTM-NLS, filed November 29, 2007.
- *Campbell v. Lead Wireless International, et al*, Case No. 3:07-cv-02297-BTM-NLS, filed December 7, 2007.
- *HCL Partners Limited Partnership v. Leap Wireless International, et. Al*, Case No. 3:07-cv-02245-BTM-NLS, filed December 27 2007.

      The present action is related to the above actions because it arises from closely related events, calls for a determination of substantially related questions of law and fact, and would entail substantial duplication of labor if heard by different judges.

DATED: January 22, 2008.

KAPLAN FOX & KILSHEIMER LLP

Lori S. Brody (SBN 150545)
1801 Century Park East, Suite 1460
Los Angeles, CA 90067
Telephone: (310) 785-0800

KAPLAN FOX & KILSHEIMER LLP
Laurence D. King (SBN 206423)
350 Sansome Street, Suite 400
San Francisco, CA 94104
Telephone: (415) 772-4700

KAPLAN FOX & KILSHEIMER LLP
Joel B. Strauss
Jeffrey P. Campisi
850 Third Avenue
New York, NY 10022
Tel: (212) 687-1980

NOTICE OF RELATED CASE                   1

LOCKRIDGE GRINDAL NAUEN PLLP
Richard A. Lockridge
Karen H. Riebel
Nathan D. Prosser
100 Washington Avenue South
Suite 2200
Minneapolis, MN 55401
Tel: (612) 339-6900

**Attorneys for Plaintiff**
NOTICE OF RELATED CASE                                2

## PROOF OF SERVICE

I, Lisa C. D'Annunzio, declare that I am over the age of eighteen (18) and not a party to the within action. I am employed in the law firm of Kaplan Fox & Kilsheimer LLP, 350 Sansome Street, San Francisco, California 94104.

On January 22, 2008, I served the following document(s):

**NOTICE OF RELATED CASE**

To the below parties:

| | |
|---|---|
| **Darren Jay Robbins**<br>Coughlin Stoia Geller Rudman & Robbins LLP<br>655 West Braodway<br>Suite 1900<br>San Diego, CA 92101<br>(619)231-1058 | **Kimberly Arouh Hicks**<br>Latham and Watkins<br>600 West Broadway<br>Suite 1800<br>San Diego, CA 92101-3375<br>(619)236-1234 |
| **Lionel Z Glancy**<br>Glancy Binkow and Goldberg<br>1801 Avenue of the Stars<br>Suite 311<br>Los Angeles, CA 90067<br>(310)201-9150 | **Evan Jason Smith**<br>Brodsky & Smith, LLC<br>9595 Wilshire Boulevard, Suite 900<br>Beverly Hills, CA 90212<br>(310)300-8425 |

___ (BY FACSIMILE) I sent such document from facsimile machine on the above date. I certify that said transmission was completed and that all pages were received and that a report was generated by the facsimile machine which confirms said transmission and receipt.

XXX (U.S. MAIL) I placed the sealed envelope(s) for collection and mailing by following ordinary business practices of Kaplan Fox Kilsheimer LLP. I am readily familiar with Kaplan Fox Kilsheimer LLP's practice for collecting and processing of correspondence for mailing with the United States Postal Service, said practice being that, in the ordinary course of business, correspondence with postage fully prepaid is deposited with the United States Postal Service the same day as it is placed for collection.

___ (PERSONAL SERVICE) I caused personal delivery of the document(s) listed above the person(s) at the address(es) set forth below.

___ (BY OVERNIGHT DELIVERY) I placed the sealed envelope(s) or package(s) designated by the express service carrier for collection and overnight delivery by following the ordinary business practices of Kaplan Fox Kilsheimer LLP. I am readily familiar with Kaplan Fox Kilsheimer LLP's practice for collecting and processing of correspondence for overnight delivery,

3

NOTICE OF RELATED CASE

1  said practice being that, in the ordinary course of business, correspondence for overnight delivery is deposited with delivery fees paid or provided for at the carrier's express service offices for next-day
2  delivery the same day as the correspondence is placed for collection.

3

4      I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

5  Executed January 22, 2008 at San Francisco, California.

6

7  Lisa C. D'Annunzio

4

NOTICE OF RELATED CASE