1  Joseph J. Tabacco, Jr. (75484)
   Email: jtabacco@bermanesq.com
2  Nicole Lavallee (165755)
   Email: nlavallee@bermanesq.com
3  Julie B. Bai (227047)
   Email: Jbai@bermanesq.com
4  **BERMAN DeVALERIO PEASE TABACCO
     BURT & PUCILLO**
5  425 California Street, 21st Floor
   San Francisco, CA 94104
6  Telephone: (415) 433-3200
   Facsimile: (415) 433-6382
7
8  **Attorneys for Proposed Lead Plaintiff Louisiana Municipal
   Police Employees' Retirement System**
9
10                  **UNITED STATES DISTRICT COURT**
11                  **SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| HCL PARTNERS LIMITED PARTNERSHIP, on behalf of itself and all others similarly situated,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>LEAP WIRELESS INTERNATIONAL, INC., S. DOUGLAS HUTCHESON, DEAN M. LUVISA, AMIN I. KHALIFA and PRICEWATERHOUSECOOPERS, LLP,<br><br>　　　　　　　Defendants. | No. 07-CV-2245-BTM-NLS<br><br><u>CLASS ACTION</u><br><br>**DECLARATION OF NICOLE LAVALLEE IN SUPPORT OF THE LOUISIANA MUNICIPAL POLICE EMPLOYEES' RETIREMENT SYSTEM'S MOTION FOR CONSOLIDATION OF RELATED ACTIONS, APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF LEAD COUNSEL**<br><br>DATE:　March 28, 2008<br>TIME:　11:00 a.m.<br>CTRM:　Courtroom 15 (5th Fl.)<br><br>PER CHAMBERS, NO ORAL ARGUMENT UNLESS REQUESTED BY COURT. |

**CAPTION CONTINUES ON NEXT PAGE**

[07cv2245] DEC OF N. LAVALLEE ISO MPERS' MOTION FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF LEAD COUNSEL

| | |
|---|---|
| FRANK CHAREK, Individually and on behalf of all others similarly situated,<br><br>        Plaintiff,<br><br>   v.<br><br>LEAP WIRELESS INTERNATIONAL, INC., S. DOUGLAS HUTCHESON, MARK H. RACHESKY, AMIN I. KHALIFA, GLENN UMETSU and DEAN M. LUVISA,<br><br>        Defendants. | No. 07-CV-2256-BTM-NLS<br><br><u>CLASS ACTION</u> |
| DEVAY CAMPBELL, Individually and on behalf of all others similarly situated,<br><br>        Plaintiff,<br><br>   v.<br><br>LEAP WIRELESS INTERNATIONAL, INC., S. DOUGLAS HUTCHESON, MARK H. RACHESKY, AMIN I. KHALIFA, GLENN UMETSU and DEAN M. LUVISA,<br><br>        Defendants. | No. 07-CV-2297-BTM-NLS<br><br><u>CLASS ACTION</u> |
| KENT CARMICHAEL, Individually and on behalf of all others similarly situated,<br><br>        Plaintiff,<br><br>   v.<br><br>LEAP WIRELESS INTERNATIONAL, INC., S. DOUGLAS HUTCHESON, MARK H. RACHESKY, AMIN I. KHALIFA, and DEAN M. LUVISA,<br><br>        Defendants. | No. 08-CV-0128-BTM<br><br><u>CLASS ACTION</u> |

[07cv2245] DEC OF N. LAVALLEE ISO MPERS' MOTION FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF LEAD COUNSEL

I, Nicole Lavallee, declare as follows:

1. I am a partner in the San Francisco office of Berman DeValerio Pease Tabacco Burt & Pucillo. I submit this declaration in support of the Motion Of Louisiana Municipal Police Employees' Retirement System To Consolidate Related Actions, For Appointment As Lead Plaintiff And For Approval Of Lead Plaintiff's Selection Of Lead Counsel.

2. Attached as Exhibit 1 is true and correct copy of the November 27, 2007 notice published on Market Wire by Schoengold Spron Laitman & Lometti, P.C.

3. Attached as Exhibit 2 is true and correct copy of the November 28, 2007 notice published on Market Wire by Schoengold Spron Laitman & Lometti, P.C.

4. Attached as Exhibit 3 is a true and correct copy of the Certification Of R. Randall Roche In Support Of The Motion Of Louisiana Municipal Police Employees' Retirement System ("MPERS") For Appointment As Lead Plaintiff.

5. Based on trading data provided by the MPERS, loss calculations were prepared based on the first-in-first-out and the last-in-first-out loss methodologies for all the longest alleged class period. The loss calculations are attached hereto as Exhibit 4.

6. Attached as Exhibit 5 is a true and correct copy of the Firm Resume of Berman DeValerio Pease Tabacco Burt & Pucillo.

I hereby declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed this 28th day of January 2008, at San Francisco, California.

                                          /s/ Nicole Lavallee
                                          NICOLE LAVALLEE