1  KEITH E. EGGLETON, State Bar No.159842
   keggleton@wsgr.com
2  DIANE M. WALTERS, State Bar No. 148136
   dwalters@wsgr.com
3  L. DAVID NEFOUSE, State Bar No. 243417
   dnefouse@wsgr.com
4  WILSON SONSINI GOODRICH & ROSATI
   Professional Corporation
5  650 Page Mill Road
   Palo Alto, California  94304-1050
6  Telephone:   (650) 493-9300
   Facsimile:    (650) 565-5100
7

8  Attorneys for Defendants
   S. DOUGLAS HUTCHESON, MARK H.
9  RACHESKY, AMIN I. KHALIFA, GLENN
   UMETSU, and DEAN M. LUVISA
10

11                    UNITED STATES DISTRICT COURT

12                   SOUTHERN DISTRICT OF CALIFORNIA

13

| | |
|---|---|
| HCL PARTNERS LIMITED PARTNERSHIP, On Behalf of Itself and All Others Similarly Situated, | CASE NO. 07-CV-2245-BTM-NLS |
| | CLASS ACTION |
| Plaintiff, | |
| | **NOTICE OF APPEARANCE** |
| v. | |
| LEAP WIRELESS INTERNATIONAL, INC., S. DOUGLAS HUTCHESON, DEAN M. LUVISA, AMIN I. KHALIFA and PRICEWATERHOUSECOOPERS, LLP. | The Honorable Barry T. Moskowitz, United States District Court Judge |
| Defendants. | |

**CAPTION CONTINUES ON NEXT PAGE**

CASE NO. 07-CV-2245-BTM-NLS,
 07-CV-2297-BTM-NLS, 08-CV-0128-BTM-NLS
NOTICE OF APPEARANCE

| | | |
|---|---|---|
| 1 | DEVAY CAMPBELL, Individually and ) <br> On Behalf of All Others Similarly Situated, ) | CASE NO. 07-CV-2297-BTM-NLS |
| 2 | ) | |
| 3 | ) <br> Plaintiff, ) | CLASS ACTION |
| 4 | ) | |
| 5 | v. ) <br> ) | |
| 6 | LEAP WIRELESS INTERNATIONAL, INC., ) <br> S. DOUGLAS HUTCHESON, MARK H. ) <br> RACHESKY, AMIN I. KHALIFA, GLENN ) | |
| 7 | UMETSU and DEAN M. LUVISA, ) <br> ) | |
| 8 | Defendants. ) <br> ) | |
| 9 | | |
| 10 | KENT CARMICHAEL, Individually and ) <br> On Behalf of All Others Similarly Situated, ) | CASE NO. 08-CV-0128-BTM-NLS |
| 11 | ) | CLASS ACTION |
| 12 | ) <br> Plaintiff, ) | |
| 13 | v. ) | |
| 14 | LEAP WIRELESS INTERNATIONAL, INC., ) <br> S. DOUGLAS HUTCHESON, MARK H. ) | |
| 15 | RACHESKY, AMIN I. KHALIFA, and ) <br> DEAN M. LUVISA, ) | |
| 16 | ) | |
| 17 | Defendants. ) <br> ) | |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that Keith E. Eggleton, Diane M. Walters, and L. David Nefouse of Wilson Sonsini Goodrich & Rosati hereby enter their appearances as counsel of record for defendants S. Douglas Hutcheson, Mark H. Rachesky, Amin I. Khalifa, Glenn Umetsu, and Dean M. Luvisa in the above-captioned matters.  Please direct copies of all pleadings and notices to counsel at the address below:

>KEITH E. EGGLETON
>DIANE M. WALTERS
>L. DAVID NEFOUSE
>WILSON SONSINI GOODRICH & ROSATI
>Professional Corporation
>650 Page Mill Road
>Palo Alto, California  94304-1050
>Telephone:  (650) 493-9300
>Facsimile:   (650) 565-5100
>Email: keggleton@wsgr.com
>       dwalters@wsgr.com
>       dnefouse@wsgr.com

Dated:  March 13, 2008

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation


By:   s/ Diane M. Walters
       Diane M. Walters

Attorneys for Defendants
S. DOUGLAS HUTCHESON, MARK H. RACHESKY, AMIN I. KHALIFA, GLENN UMETSU, and DEAN M. LUVISA