KEITH E. EGGLETON, State Bar No.159842
keggleton@wsgr.com
DIANE M. WALTERS, State Bar No. 148136
dwalters@wsgr.com
L. DAVID NEFOUSE, State Bar No. 243417
dnefouse@wsgr.com
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, California 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 565-5100

Attorneys for Defendants
S. DOUGLAS HUTCHESON, MARK H.
RACHESKY, AMIN I. KHALIFA, GLENN
UMETSU, and DEAN M. LUVISA

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HCL PARTNERS LIMITED PARTNERSHIP, On Behalf of Itself and All Others Similarly Situated,<br><br>  Plaintiff,<br><br>  v.<br><br>LEAP WIRELESS INTERNATIONAL, INC., S. DOUGLAS HUTCHESON, DEAN M. LUVISA, AMIN I. KHALIFA and PRICEWATERHOUSECOOPERS, LLP.<br><br>  Defendants. | CASE NO. 07-CV-2245-BTM-NLS<br><br><u>CLASS ACTION</u><br><br>**PROOF OF SERVICE**<br><br>The Honorable Barry T. Moskowitz, United States District Court Judge |

**CAPTION CONTINUES ON NEXT PAGE**

| | | |
|---|---|---|
| 1 | DEVAY CAMPBELL, Individually and On Behalf of All Others Similarly Situated, | ) ) ) CASE NO. 07-CV-2297-BTM-NLS |
| 2 | | ) |
| 3 | Plaintiff, | ) CLASS ACTION ) |
| 4 | v. | ) ) |
| 5 | LEAP WIRELESS INTERNATIONAL, INC., S. DOUGLAS HUTCHESON, MARK H. RACHESKY, AMIN I. KHALIFA, GLENN UMETSU and DEAN M. LUVISA, | ) ) ) ) ) |
| 6 | Defendants. | ) ) |
| 7 | KENT CARMICHAEL, Individually and On Behalf of All Others Similarly Situated, | ) ) CASE NO. 08-CV-0128-BTM-NLS ) CLASS ACTION |
| 8 | Plaintiff, | ) ) |
| 9 | v. | ) ) |
| 10 | LEAP WIRELESS INTERNATIONAL, INC., S. DOUGLAS HUTCHESON, MARK H. RACHESKY, AMIN I. KHALIFA, and DEAN M. LUVISA, | ) ) ) ) |
| 11 | Defendants. | ) ) |

1  I, Sherri L. Mills, declare:

2  I am employed in Santa Clara County, State of California. I am over the age of 18 years

3  and not a party to the within action. My business address is Wilson Sonsini Goodrich & Rosati,

4  650 Page Mill Road, Palo Alto, California 94304-1050.

5  On this date, I served:

6  **NOTICE OF APPEARANCE**

7  on the ECF-registered parties listed below by posting such documents electronically to the ECF

8  website of the United States District Court for the Southern District of California.

9  Ramzi Abadou, Esq.
Coughlin Stoia Geller
10    Rudman & Robbins LLP
655 West Broadway, Suite 1900
11 San Diego, CA 92101
ramzia@csgrr.com

Kimberly A. Hicks, Esq.
Latham and Watkins
600 West Broadway, Suite 1800
San Diego, CA 92101-3375
kimberly.hicks@lw.com

12

13 Lionel Z. Glancy, Esq.
Glancy Binkow & Goldberg LLP
14 1801 Avenue of the Stars, Suite 311
Los Angeles, CA 90067
15 lglancy@glancylaw.com

Kirk Hulett, Esq.
Hulett Harper Stewart LLP
550 West C Street, Suite 1600
San Diego, CA 92101
kbh@hulettharper.com

16 Nicole Lavallee, Esq.
Berman DeValerio Pease Tabacco
17    Burt & Pucillo
425 California Street, 21st Floor
18 San Francisco, CA 94104
nlavallee@bermanesq.com

Evan J. Smith, Esq.
Brodsky & Smith, LLC
9595 Wilshire Boulevard, Suite 900
Beverly Hills, CA 90212
esmith@brodsky-smith.com

19

20 Lori S. Brody, Esq.
Kaplan Fox & Kilsheimer LLP
21 1801 Century Park East, Suite 1460
Los Angeles, CA 90067
22 lbrody@kaplanfox.com

23

24  I am readily familiar with Wilson Sonsini Goodrich & Rosati's practice for collection and

25 processing of documents for delivery according to instructions indicated above. In the ordinary

26 course of business, documents would be handled accordingly.

27

28

2    CASE NO. 07-CV-2245-BTM-NLS,
     07-CV-2297-BTM-NLS, 08-CV-0128-BTM-NLS
     PROOF OF SERVICE

1  I declare under penalty of perjury under the laws of the State of California that the
2  foregoing is true and correct. Executed at Palo Alto, California on March 13, 2008.

       /s/ Sherri L. Mills
       Sherri L. Mills

3  CASE NO. 07-CV-2245-BTM-NLS,
   07-CV-2297-BTM-NLS, 08-CV-0128-BTM-NLS
   PROOF OF SERVICE