1  LATHAM & WATKINS LLP
   Miles N. Ruthberg (Bar No. 086742)
2     miles.ruthberg@lw.com
   Pamela S. Palmer (Bar No. 107590)
3     pamela.palmer@lw.com
633 West Fifth Street, Suite 4000
4  Los Angeles, California 90071-2007
Telephone: +1.213.485.1234
5  Facsimile: +1.213.891.8763

6  LATHAM & WATKINS LLP
   Kimberly Arouh Hicks (Bar No. 163285)
7     kimberly.hicks@lw.com
   Jake Ryan (Bar No. 211899)
8     jake.ryan@lw.com
600 West Broadway, Suite 1800
9  San Diego, California 92101-3375
Telephone: +1.619.236.1234
10  Facsimile: +1.619.696.7419

11  Attorneys for Defendant
Leap Wireless International, Inc.

12

13  UNITED STATES DISTRICT COURT

14  SOUTHERN DISTRICT OF CALIFORNIA

15  HCL PARTNERS LIMITED       CLASS ACTION NO. 07 CV 2245 BTM (NLS)
PARTNERSHIP, on behalf of itself and all
16  others similarly situated,       **DEFENDANT LEAP WIRELESS INTERNATIONAL, INC.'S RULE 7.1 DISCLOSURE STATEMENT**
17           Plaintiff,

18        v.

19  LEAP WIRELESS INTERNATIONAL, INC.,    Judge:       Hon. Barry Ted Moskowitz
S. DOUGLAS HUTCHESON, DEAN M.
20  LUVISA, AMIN I. KHALIFA and       Ctrm:       15 (5th Floor)
PRICEWATERHOUSECOOPERS, LLP,     First Action Filed:   November 27, 2007
21
         Defendants.
22

23

24

25  CASE CAPTIONS CONTINUED ON NEXT PAGE

26

27

28

LATHAM&WATKINS LLP  SD\614389.4            No. 07-CV-2245 BTM(NLS)
ATTORNEYS AT LAW              LEAP WIRELESS' RULE 7.1 DISCLOSURE STATEMENT
SAN DIEGO

| | |
|---|---|
| DEVAY CAMPBELL, Individually and on behalf of all others similarly situated,<br><br>            Plaintiff,<br><br>     v.<br><br>LEAP WIRELESS INTERNATIONAL, INC., S. DOUGLAS HUTCHESON, MARK H. RACHESKY, AMIN I. KHALIFA, GLENN UMETSU and DEAN M. LUVISA,<br><br>            Defendants. | CLASS ACTION NO. 07 CV 2297 BTM (NLS) |
| KENT CARMICHAEL, Individually and on behalf of all others similarly situated,<br><br>            Plaintiff,<br><br>     v.<br><br>LEAP WIRELESS INTERNATIONAL, INC., S. DOUGLAS HUTCHESON, MARK H. RACHESKY, AMIN I. KHALIFA and DEAN M. LUVISA,<br><br>            Defendants. | CLASS ACTION NO. 08 CV 0128 BTM (NLS) |

///

///

///

///

///

///

///

///

///

///

///

///

2

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN DIEGO

SD\614389.4

No. 07-CV-2245 BTM(NLS)
LEAP WIRELESS' RULE 7.1 DISCLOSURE STATEMENT

1  TO THE CLERK OF THE ABOVE ENTITLED COURT AND TO ALL PARTIES AND

2  THEIR ATTORNEYS OF RECORD:

3              Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Leap

4  Wireless International, Inc. ("Leap") states that: (a) it has no parent corporation that owns 10% or

5  more of its stock; and (b) it has no publicly held corporation that owns 10% or more of its stock.

6              To further enable the Court to evaluate possible conflict issues, Leap states that,

7  based solely on beneficial ownership information that has been filed with the Securities and

8  Exchange Commission on Schedules 13D and 13G by beneficial owners of more than 5% of

9  Leap common stock prior to the date hereof, Leap believes that the following three entities have

10 voting and investment power with respect to more than 10% of the total Leap stock outstanding:

11 (i) entities affiliated with MHR Fund Management, LLC; (ii) entities affiliated with Harbinger

12 Capital Partners Master Fund I, Ltd.; and (iii) T. Rowe Price Associates, Inc.  Under the Federal

13 Rules, Leap is not required to and by this filing does not agree to undertake to supplement its

14 voluntary disclosure of beneficial owners of more than 10% of Leap common stock that are not

15 publicly held by a corporation.

16 Dated:  March 14, 2008

17                                          By  /s/ Kimberly Arouh Hicks
                                                Kimberly Arouh Hicks (Bar No. 163285)
18                                              E-mail: kimberly.hicks@lw.com

19                                          LATHAM & WATKINS LLP
                                                Miles N. Ruthberg
20                                              Pamela S. Palmer
                                                Kimberly Arouh Hicks
21                                              Jake Ryan

22                                          633 West Fifth Street, Suite 4000
                                            Los Angeles, California  90071-2007
23                                          Telephone:  (213) 485-1234
                                            Facsimile:  (213) 891-8763

24                                          600 West Broadway, Suite 1800
                                            San Diego, California  92101-3375
25                                          Telephone:  +1.619.236.1234
                                            Facsimile:  +1.619.696.7419

26
27                                          Attorneys for Defendant
                                            Leap Wireless International, Inc.

28

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN DIEGO
SD\614389.4

No. 07-CV-2245 BTM(NLS)
LEAP WIRELESS' RULE 7.1 DISCLOSURE STATEMENT