| | |
|---|---|
| 1 | LATHAM & WATKINS LLP |
|   | Miles N. Ruthberg (Bar No. 086742) |
| 2 | miles.ruthberg@lw.com |
|   | Pamela S. Palmer (Bar No. 107590) |
| 3 | pamela.palmer@lw.com |
|   | 633 West Fifth Street, Suite 4000 |
| 4 | Los Angeles, California 90071-2007 |
|   | Telephone: +1.213.485.1234 |
| 5 | Facsimile: +1.213.891.8763 |

| | | |
|---|---|---|
| 8 | LATHAM & WATKINS LLP | WILSON SONSINI GOODRICH & ROSATI |
|   | Kimberly Arouh Hicks (Bar No. 163285) | Professional Corporation |
| 9 | kimberly.hicks@lw.com | Keith E. Eggleton (Bar No. 159842) |
|   | Jake Ryan (Bar No. 211899) | keggleton@wsgr.com |
| 10 | jake.ryan@lw.com | Diane M. Walters (Bar No. 148136) |
|   | 600 West Broadway, Suite 1800 | dwalters@wsgr.com |
| 11 | San Diego, California 92101-3375 | 650 Page Mill Road |
|   | Telephone: +1.619.236.1234 | Palo Alto, CA 94304 |
| 12 | Facsimile: +1.619.696.7419 | Telephone: +1.650.493.9300 |
|   |   | Facsimile: +1.650.493.6811 |
| 13 | Attorneys for Defendant |   |
|   | Leap Wireless International, Inc. | Attorneys for Defendants |
| 14 |   | S. Douglas Hutcheson, Dean M. Luvisa, Amin |
|   |   | I. Khalifa, Mark H. Rachesky, Glenn Umetsu |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HCL PARTNERS LIMITED PARTNERSHIP, on behalf of itself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>LEAP WIRELESS INTERNATIONAL, INC., S. DOUGLAS HUTCHESON, DEAN M. LUVISA, AMIN I. KHALIFA and PRICEWATERHOUSECOOPERS, LLP,<br><br>Defendants. | CLASS ACTION NO. 07 CV 2245 BTM (NLS)<br><br>**DEFENDANTS' STATEMENT OF NON-OPPOSITION TO MOTIONS FOR THE CONSOLIDATION OF ALL RELATED ACTIONS, FOR APPOINTMENT AS LEAD PLAINTIFF AND FOR APPROVAL OF LEAD PLAINTIFF'S SELECTION OF LEAD COUNSEL**<br><br>Judge: Hon. Barry Ted Moskowitz<br>Ctrm: 15 (5th Floor)<br>First Action Filed November 27, 2007<br><br>Hearing Date: March 28, 2008<br>Hearing Time: 11:00 am |

CASE CAPTIONS CONTINUED ON NEXT PAGE

| | |
|---|---|
| DEVAY CAMPBELL, Individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>LEAP WIRELESS INTERNATIONAL, INC., S. DOUGLAS HUTCHESON, MARK H. RACHESKY, AMIN I. KHALIFA, GLENN UMETSU and DEAN M. LUVISA,<br><br>    Defendants. | CLASS ACTION NO. 07 CV 2297 BTM (NLS) |
| KENT CARMICHAEL, Individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>LEAP WIRELESS INTERNATIONAL, INC., S. DOUGLAS HUTCHESON, MARK H. RACHESKY, AMIN I. KHALIFA and DEAN M. LUVISA,<br><br>    Defendants. | CLASS ACTION NO. 08 CV 0128 BTM (NLS) |

Defendants Leap Wireless International, Inc., S. Douglas Hutcheson, Dean M. Luvisa, Amin I. Khalifa, Mark H. Rachesky and Glenn Umetsu (collectively "Defendants") hereby submit their Statement of Non-Opposition to (1) the New Jersey Carpenters Pension and Benefit Funds' Motion for Consolidation, Appointment of Lead Plaintiff and Approval of Lead Counsel, and (2) the Motion by Class Members Westchester Capital Management, Inc. and Green & Smith Investment Management L.L.C. for the Consolidation of all Related Actions, for Appointment as Lead Plaintiff and for Approval of Lead Plaintiff's Selection of Lead Counsel.

I.   **CONSOLIDATION**

Defendants agree that the above-captioned actions should be consolidated.

II.  **LEAD PLAINTIFF AND LEAD COUNSEL**

Defendants take no position regarding the appropriateness of the moving parties or their counsel for the positions of lead plaintiff and lead counsel, respectively.  In taking no

2

1  position, however, Defendants do not concede that these actions may properly be maintained as a
2  class action and do not waive their right to challenge the standing of the appointed lead plaintiff
3  or the appointed lead plaintiff's ability to adequately represent the class at the appropriate time.
4        Further, by submitting this Statement of Non-Opposition, Defendants are not
5  indicating agreement with factual or legal contentions in either the New Jersey Carpenters
6  Pension and Benefit Funds' Motion for Consolidation, Appointment of Lead Plaintiff and
7  Approval of Lead Counsel or the Motion by Class Members Westchester Capital Management,
8  Inc. and Green & Smith Investment Management L.L.C. for the Consolidation of All Related
9  Actions, for Appointment as Lead Plaintiff and for Approval of Lead Plaintiff's Selection of
10 Lead Counsel.

11 Dated: March 14, 2008      Respectfully submitted,

12     By /s/ Kimberly Arouh Hicks
       Kimberly Arouh Hicks (Bar No. 163285)
13        E-mail: kimberly.hicks@lw.com

14     LATHAM & WATKINS LLP
      Miles N. Ruthberg
15       Pamela S. Palmer
      Kimberly Arouh Hicks
16       Jake Ryan

17     633 West Fifth Street, Suite 4000
    Los Angeles, California 90071-2007
18     Telephone: (213) 485-1234
    Facsimile: (213) 891-8763
19

20     600 West Broadway, Suite 1800
    San Diego, California 92101-3375
    Telephone: +1.619.236.1234
21     Facsimile: +1.619.696.7419

22     Attorneys for Defendant
    Leap Wireless International, Inc.
23

24 / / /
25 / / /
26 / / /
27 / / /
28 / / /


| | | |
|---|---|---|
| 1 | Dated: March 14, 2008 | WILSON SONSINI GOODRICH & ROSATI<br>Professional Corporation<br>  Keith E. Eggleton<br>  Diane M. Walters |

By /s/ Diane M. Walters
  Diane M. Walters (Bar No. 148136)
  dwalters@wsgr.com

Attorneys for Defendants
S. Douglas Hutcheson, Dean M. Luvisa, Amin I. Khalifa, Mark H. Rachesky and Glenn Umetsu

4