1  LATHAM & WATKINS LLP
       Miles N. Ruthberg (Bar No. 086742)
2      miles.ruthberg@lw.com
       Pamela S. Palmer (Bar No. 107590)
3      pamela.palmer@lw.com
   633 West Fifth Street, Suite 4000
4  Los Angeles, California 90071-2007
   Telephone: +1.213.485.1234
5  Facsimile: +1.213.891.8763

6

7

8  LATHAM & WATKINS LLP                          WILSON SONSINI GOODRICH & ROSATI
       Kimberly Arouh Hicks (Bar No. 163285)     Professional Corporation
9      kimberly.hicks@lw.com                         Keith E. Eggleton (Bar No. 159842)
       Jake Ryan (Bar No. 211899)                    keggleton@wsgr.com
10     jake.ryan@lw.com                              Diane M. Walters (Bar No. 148136)
   600 West Broadway, Suite 1800                     dwalters@wsgr.com
11 San Diego, California 92101-3375             650 Page Mill Road
   Telephone: +1.619.236.1234                   Palo Alto, CA 94304
12 Facsimile: +1.619.696.7419                   Telephone: +1.650.493.9300
                                                Facsimile: +1.650.493.6811
13 Attorneys for Defendant
   Leap Wireless International, Inc.            Attorneys for Defendants
14                                              S. Douglas Hutcheson, Dean M. Luvisa, Amin
                                                I. Khalifa, Mark H. Rachesky, Glenn Umetsu
15
                       UNITED STATES DISTRICT COURT
16
                       SOUTHERN DISTRICT OF CALIFORNIA
17

18 | HCL PARTNERS LIMITED                     | CLASS ACTION NO. 07 CV 2245 BTM (NLS)
   | PARTNERSHIP, on behalf of itself and all |
19 | others similarly situated,               | **PROOF OF SERVICE**

20 |                Plaintiff,                | RE: DEFENDANTS' STATEMENT OF
                                                NON-OPPOSITION TO MOTIONS FOR
21 |      v.                                  | THE CONSOLIDATION OF ALL
                                                RELATED ACTIONS, FOR
   | LEAP WIRELESS INTERNATIONAL, INC.,       | APPOINTMENT AS LEAD PLAINTIFF
22 | S. DOUGLAS HUTCHESON, DEAN M.            | AND FOR APPROVAL OF LEAD
   | LUVISA, AMIN I. KHALIFA and              | PLAINTIFF'S SELECTION OF LEAD
23 | PRICEWATERHOUSECOOPERS, LLP,             | COUNSEL

24 |                Defendants.               | Judge:            Hon. Barry Ted Moskowitz
                                                Ctrm:             15 (5th Floor)
25                                              First Action Filed November 27, 2007

26                                              Hearing Date:     March 28, 2008
                                                Hearing Time:     11:00 am
27

28               CASE CAPTIONS CONTINUED ON NEXT PAGE

SD\623921.1                                                No. 07 CV 2245 BTM (NLS)
                                              PROOF OF SERVICE RE: DEFENDANTS' STATEMENT
                                                                    OF NON-OPPOSITION

| | | |
|---|---|---|
| 1 | DEVAY CAMPBELL, Individually and on behalf of all others similarly situated, | CLASS ACTION NO. 07 CV 2297 BTM (NLS) |
| 2 | | |
| 3 | Plaintiff, | |
| 4 | v. | |
| 5 | LEAP WIRELESS INTERNATIONAL, INC., S. DOUGLAS HUTCHESON, MARK H. RACHESKY, AMIN I. KHALIFA, GLENN UMETSU and DEAN M. LUVISA, | |
| 6 | | |
| 7 | Defendants. | |
| 8 | KENT CARMICHAEL, Individually and on behalf of all others similarly situated, | CLASS ACTION NO. 08 CV 0128 BTM (NLS) |
| 9 | | |
| 10 | Plaintiff, | |
| 11 | v. | |
| 12 | LEAP WIRELESS INTERNATIONAL, INC., S. DOUGLAS HUTCHESON, MARK H. RACHESKY, AMIN I. KHALIFA and DEAN M. LUVISA, | |
| 13 | | |
| 14 | | |
| 15 | Defendants. | |

16   I am employed in the County of San Diego, State of California. I am over the age

17 of 18 years and not a party to this action. My business address is Latham & Watkins LLP, 600

18 West Broadway, Suite 1800, San Diego, CA 92101-3375.

19   On **March 14, 2008**, I served the following document described as:

20 **DEFENDANTS' STATEMENT OF NON-OPPOSITION TO MOTIONS FOR THE CONSOLIDATION OF ALL RELATED ACTIONS, FOR APPOINTMENT AS LEAD PLAINTIFF AND FOR APPROVAL OF LEAD PLAINTIFF'S SELECTION OF LEAD COUNSEL**

21

22 by serving a true copy of the above-described document in the following manner:

23 ///

24 ///

25 ///

26 ///

27 ///

28

2

**BY ELECTRONIC FILING**

I am familiar with the United States District Court, Southern District of California's practice for collecting and processing electronic filings. Under that practice, documents are electronically filed with the court. The court's CM/ECF system will generate a Notice of Electronic Filing (NEF) to the filing party, the assigned judge, and any registered users in the case. The NEF will constitute service of the document. Registration as a CM/ECF user constitutes consent to electronic service through the court's transmission facilities. Under said practice, the following CM/ECF users were served:

*Attorneys for Plaintiff HCL Partners Limited Partnership and Movant New Jersey Carpenters Pension and Benefit Funds*:

Lionel Z. Glancy, Esq.
GLANCY BINKOW & GOLDBERG LLP
1801 Avenue of the Stars, Suite 311
Los Angeles, CA 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160
E-mail: info@glancylaw.com

*Attorneys for Plaintiff Devay Campbell*:

Evan J. Smith, Esq.
BRODSKY & SMITH, LLC
9595 Wilshire Blvd., Suite 900
Beverly Hills, CA 90212
Telephone: (310) 300-8425
Facsimile: (310) 231-7423
E-mail: esmith@brodsky-smith.com

*Attorneys for Plaintiff Kent Carmichael*:

Lori Sambol Brody, Esq.
KAPLAN FOX & KILSHEIMER LLP
1801 Century Park East, Suite 1460
Los Angeles, CA 90067
Telephone: (310) 785-0893
Facsimile: (310) 785-0897
E-mail: lbrody@kaplanfox.com

*Attorneys for Alaska Electrical Pension Fund and Genesee County Employees' Retirement System*:

Ramzi Abadou, Esq.
COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: (619) 231-1058
Facsimile: (619) 231-7423
Email: ramzia@csgrr.com

*Attorneys for Louisiana Municipal Police Employees' Retirement System*:

Nicole Lavallee, Esq.
BERMAN DEVALERIO PEASE TABACCO BURT & PUCILLO
425 California Street, 21st Floor
San Francisco, CA 94104
Telephone: (415) 433-3200
Facsimile: (415) 433-6382
Email: nlavallee@bermanesq.com

*Attorneys for Movants Westchester Capital Management, Inc. and Green & Smith Investment Management L.L.C.*:

Kirk Hulett, Esq.
HULETT HARPER STEWART LLP
550 West C Street, Suite 1600
San Diego, CA 92101
Telephone: (619) 338-1133
Facsimile: (619) 338-1139
Email: kbh@hulettharper.com

I declare that I am employed in the office of a member of the Bar of, or permitted to practice before, this Court at whose direction the service was made and declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on March 14, 2008, at San Diego, California.

*/s/ Alethia Corneil*
Alethia Corneil

3