```
 1  LATHAM & WATKINS, LLP
       Miles N. Ruthberg (Bar No. 086742)
 2     miles.ruthberg@lw.com
       Pamela S. Palmer (Bar No. 107590)
 3     pamela.palmer@lw.com
    633 West Fifth Street, Suite 4000
 4  Los Angeles, California 90071-2007
    Telephone: +1.213.485.1234
 5  Facsimile: +1.213.891.8763

 6  LATHAM & WATKINS LLP
       Kimberly Arouh Hicks (Bar No. 163285)
 7     kimberly.hicks@lw.com
       Curtis Carll (Bar No. 248470)
 8     curtis.carll@lw.com
    600 West Broadway, Suite 1800
 9  San Diego, California  92101-3375
    Telephone:  +1.619.236.1234
10  Facsimile:  +1.619.696.7419

11  Attorneys for Defendant
    Leap Wireless International, Inc.
12
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENT CARMICHAEL, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>V. LEAP WIRELESS INTERNATIONAL, INC.; S. DOUGLAS HUTCHESON; MARK H. RACHESKY; AMIN I. KHALIFA; AND DEAN M. LUVISA,<br><br>Defendants. | CIVIL ACTION NO. 08-CV-0128 BTM(NLS)<br><br>NOTICE OF APPEARANCE |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Please take notice that the undersigned hereby enters an appearance on behalf of named defendant Leap Wireless International, Inc. effective immediately in Civil Action No. 08 CV 0128 BTM (NLS). Please add us to your proof of service mailing lists.

Dated: March 28, 2008

By /s/ Kimberly Arouh Hicks
Kimberly Arouh Hicks
of LATHAM & WATKINS LLP
Attorneys for Defendant
Leap Wireless International, Inc.

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN DIEGO

SD\614375.1

NO. 08-CV-0128 BTM(NLS)
NOTICE OF APPEAERANCE OF COUNSEL

| | |
|---|---|
| 1 | LATHAM & WATKINS LLP |
| 2 |    Miles N. Ruthberg (Bar No. 086742)<br>   miles.ruthberg@lw.com |
| 3 |    Pamela S. Palmer (Bar No. 107590)<br>   pamela.palmer@lw.com |
| 4 | 633 West Fifth Street, Suite 4000<br>Los Angeles, California 90071-2007 |
| 5 | Telephone: +1.213.485.1234<br>Facsimile: +1.213.891.8763 |
| 6 | LATHAM & WATKINS LLP |
| 7 |    Kimberly Arouh Hicks (Bar No. 163285)<br>   kimberly.hicks@lw.com |
| 8 |    Jake Ryan (Bar No. 211899)<br>   jake.ryan@lw.com |
| 9 | 600 West Broadway, Suite 1800<br>San Diego, California 92101-3375 |
| 10 | Telephone: +1.619.236.1234<br>Facsimile: +1.619.696.7419 |
| 11 | Attorneys for Defendant |
| 12 | Leap Wireless International, Inc. |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENT CARMICHAEL, Individually and on behalf of all others similarly situated,<br><br>            Plaintiff,<br><br>    v.<br><br>LEAP WIRELESS INTERNATIONAL, INC., S. DOUGLAS HUTCHESON, MARK H. RACHESKY, AMIN I. KHALIFA and DEAN M. LUVISA,<br><br>            Defendants. | CLASS ACTION NO. 08 CV 0128 BTM (NLS)<br><br>PROOF OF SERVICE |

      I am employed in the County of San Diego, State of California. I am over the age of 18 years and not a party to this action. My business address is Latham & Watkins LLP, 600 West Broadway, Suite 1800, San Diego, CA 92101-3375.

      On **March 28, 2008**, I served the following document described as:

**DEFENDANT LEAP WIRELESS INTERNATIONAL, INC.'S NOTICE OF APPEARANCE**

by serving a true copy of the above-described document in the following manner:

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN DIEGO

SD\625868.1

Case No. 08-CV-0128 BTM (NLS)
PROOF OF SERVICE

**BY ELECTRONIC FILING**

I am familiar with the United States District Court, Southern District of California's practice for collecting and processing electronic filings. Under that practice, documents are electronically filed with the court. The court's CM/ECF system will generate a Notice of Electronic Filing (NEF) to the filing party, the assigned judge, and any registered users in the case. The NEF will constitute service of the document. Registration as a CM/ECF user constitutes consent to electronic service through the court's transmission facilities. Under said practice, the following CM/ECF users were served:

*Attorneys for Plaintiff Kent Carmichael:*

Lori Sambol Brody, Esq.
KAPLAN FOX & KILSHEIMER LLP
1801 Century Park East, Suite 1460
Los Angeles, CA 90067
Telephone: (310) 785-0893
Facsimile: (310) 785-0897
E-mail: lbrody@kaplanfox.com

*Attorneys for Louisiana Municipal Police Employees' Retirement System:*

Nicole Lavallee, Esq.
BERMAN DEVALERIO PEASE TABACCO BURT & PUCILLO
425 California Street, 21st Floor
San Francisco, CA 94104
Telephone: (415) 433-3200
Facsimile: (415) 433-6382
Email: nlavallee@bermanesq.com

*Attorneys for Attorneys for Individual Defendants S. Douglas Hutcheson, Dean M. Luvisa, Amin I. Khalifa, Mark H. Rachesky, Glenn Umetsu:*

Diane Walters
WILSON SONSINI GOODRICH & ROSATI
650 Page Mill Road
Palo Alto, CA 94304
Telephone: (650) 493-9300
Facsimile: (650) 493-6811
Email: dwalters@wsgr.com

I declare that I am employed in the office of a member of the Bar of, or permitted to practice before, this Court at whose direction the service was made and declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on March 28, 2008, at San Diego, California.

*/s/ Susan Buckley/*

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
SAN DIEGO

SD\625868.1

2

Case No. 08 CV 0128 BTM (NLS)
PROOF OF SERVICE