# UNITED STATES DISTRICT COURT

**Southern District of California**

Office Of The Clerk
880 Front Street, Room 4290
San Diego, California 92101–8900
Phone: (619) 557–5600
Fax: (619) 702–9900

W. Samuel Hamrick, Jr.,
Clerk of Court

May 23, 2008

Attention counsel and pro se litigants:

Re: Kent Carmichael v. Leap Wireless International, Inc., et al., Case No. 3:08–cv–00128–BTM–NLS

You are hereby notified that as of 5/22/08, case 3:08–cv–00128–BTM–NLS was consolidated with the lead case 07cv2245–BTM(NLS) .

ALL FURTHER DOCKETING WILL BE DONE IN THE LEAD CASE 07cv2245–BTM(NLS) . Please include the lead case number on all further filings.

                        Sincerely yours,

                        W. Samuel Hamrick, Jr.,
                        Clerk of the Court

                        By: s/ V. Trujillo, Deputy Clerk

Copy to Clerk
Copy to Appropraite Courtroom Clerk
Copy to Chambers